IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **VICENTE PEREZ ROJAS,**<br>      Petitioner, | §<br>§<br>§ | |
| v. | §<br>§ | EP-25-CV-00761-DB |
| **PAMELA BONDI,** *Attorney General of the United States, et al.,*<br>      **Respondents.** | §<br>§<br>§<br>§ | |

# ORDER

On this day, the Court considered the above-captioned case. On December 31, 2025, Petitioner Vicente Perez Rojas filed a "Petition for Writ of Habeas Corpus," ECF No. 1. On January 14, 2026, the Court issued its "Order," ECF No. 5, wherein following orders issued:

> Accordingly, after careful consideration of the undisputed facts in this case as well as the legal conclusions made in Vieira and this Court's subsequent immigration habeas cases brought by petitioners subject to mandatory detention under the Government's new interpretation of 8 U.S.C. § 1225(b), IT IS HEREBY ORDERED Petitioner Vicente Perez Rojas filed a "Petition for Writ of Habeas Corpus," ECF No. 1 is GRANTED IN PART on procedural due process grounds. IT IS FURTHER ORDERED Respondents SHALL PROVIDE Petitioner with a bond hearing before an immigration judge at which the government shall bear the burden of justifying, by clear and convincing evidence, the dangerousness or flight risk for Petitioner's continued detention; or (2) release Petitioner from custody, under reasonable conditions of supervision, during the pendency of their removal proceedings no later than January 16, 2026. IT IS FURTHER ORDERED Respondents SHALL FILE an advisory informing the Court when the bond hearing will be held in accordance with the preceding order no later than January 15, 2026. IT IS FINALLY ORDERED Respondents SHALL FILE an advisory informing the Court, in detail, of the reasons for the IJ's bond hearing decision no later than January 20, 2026.

ECF No. 5 at 3. On January 20, 2026, Respondents filed "Respondents' Advisory to the Cout Regarding Petitioner's Custody Status," ECF No. 7, stating that on January 19, 2026, Petitioner was scheduled for a bond hearing, and "[a]fter full consideration of the evidence presented at the hearing, the immigration judge entered an order granting a custody redetermination and ordered release on bond of $1,500. *See* Exh. A, Order (redacted). DHS reserved its right to appeal, which must be filed by February 17, 2026. *See id.* To date, Petitioner has not posted bond." *Id.* at 1.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than January 26, 2026.**

**SIGNED** this **21th** day of **January 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE